IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MAUREEN DEAKIN, RACHEL CLERGE, LESLEY MITCHELL, MAY WOJCIK, DALE KESSLER, AND ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiffs*,<br><br>v.<br><br>MAGELLAN HEALTH, INC., et al.<br><br>*Defendants.* | Civil Action No. 1:17-cv-00773-KWR-KK |

### DEFENDANTS' MOTION TO COMPEL RESPONSES TO DEFENDANTS' DISCOVERY REQUESTS

**I.   INTRODUCTION**

Defendants bring this motion to compel pursuant to pursuant to Rules 37(a)(3)(B)(iii) and (iv) of the FRCP and D.N.M.LR-Civ.26.6 and 37.1.  The issue is straightforward.  Discovery plaintiffs Carolina Gutierrez, David Watts, Diana Meier, Katherine Potts, Lisa Messinger, Patrick Shanahan, Phyllis Padilla, Randall Bemer, and Susan Luscomb have entirely refused to provide substantive responses to Defendants' First Set of Interrogatories and First Request for Production of Documents (collectively, the "Discovery Requests").  Instead, on October 7, 2021, they objected to every single document request and interrogatory.  They have not subsequently attempted to defend their objections, and any attempt to do so would be undercut by the fact that other discovery plaintiffs have provided substantive responses to the exact same set of Discovery Requests. Defendants sent a letter to Plaintiffs' counsel on this issue on October 25, 2021 and asked that by October 27, 2021 at 5:00, they confirm whether they will be providing substantive responses, as October 28, 2021 was the deadline for Defendants to file a motion to compel under the Local

Rules. Plaintiffs' failure to provide responses for these nine discovery plaintiffs is particularly disconcerting, as they are currently and improperly seeking to compel Defendants to provide detailed discovery for over 900+ individuals.

As of time of this filing, Plaintiffs have not responded to Defendants' letter, which necessitated the instant motion. Therefore, Defendants are forced to bring this matter to the Court and respectfully request that these nine discovery plaintiffs be compelled to provide substantive responses to the Discovery Responses within a time deemed proper by the Court.

## II.     RELEVANT FACTUAL BACKGROUND

Since numerous discovery plaintiffs failed to participate in the discovery process, the parties selected substitute discovery plaintiffs, and Defendants served these substitute discovery plaintiffs with the Discovery Requests on October 1, 2021. (Ex. 1, Declaration of Mark D. Temple, dated October 28, 2021 ("Temple Decl.") ¶ 5; Ex. "A" to Temple Decl., sample set of Defendants' October 1, 2021 Discovery Requests). On October 7, 2021, a number of these discovery plaintiffs provided responses. (Temple Decl. ¶ 6). Although they asserted various objections, 13 discovery plaintiffs largely provided substantive responses on October 7, 2021 and another 4 provided responses on October 14, 2021. (*Id.* at ¶ 7). However, discovery plaintiffs Carolina Gutierrez, David Watts, Diana Meier, Katherine Potts, Lisa Messinger, Patrick Shanahan, Phyllis Padilla, Randall Bemer, and Susan Luscomb provided only objections and did not provide a single substantive response. (Temple Decl. ¶ 8; Ex. "B" to Temple Decl., sample of at-issue discovery responses).[1]

---

[1] Defendants are aware of D.N.M.LR-Civ. 37.1 and D.N.M.LR-Civ. 10.5 and therefore have annexed a sample set of Defendants' Discovery Requests (Ex. "A" to Temple Decl.), as well as a discovery plaintiff's responses to same (Ex. "B" to Temple Decl.). The Discovery Requests served on the discovery plaintiffs at-issue are identical, and the discovery plaintiffs' responses thereto are largely identical. (Temple Decl. ¶ 9). Should the Court prefer that

On October 25, 2021, Defendants sent Plaintiffs' counsel a deficiency letter addressing the non-responsiveness of the discovery plaintiffs along with several other discovery issues. (Temple Decl. ¶ 10; Ex. "C" to Temple Decl., Defendants' October 25, 2021 deficiency letter to Plaintiffs' counsel). Due to the deadline to file the instant motion, Defendants requested that Plaintiffs' counsel simply confirm whether or not they will be providing complete responses and curing the deficiencies set forth in Defendants' letter <u>by no later than 5:00pm on October 27, 2021</u>. (Temple Decl. ¶ 11) (emphasis added). Plaintiffs' counsel ignored Defendants' good faith attempt to avoid judicial intervention and have not contacted Defendants as of this motion's filing. (*Id.* at ¶ 12).

### III.    **LEGAL ARGUMENT**

No legal analysis is necessary. Discovery plaintiffs Carolina Gutierrez, David Watts, Diana Meier, Katherine Potts, Lisa Messinger, Patrick Shanahan, Phyllis Padilla, Randall Bemer, and Susan Luscomb have simply refused to respond to Defendants' Discovery Requests. Other discovery plaintiffs have provided substantive responses to these same requests, and the requests are narrowly tailored and go to the core of Plaintiffs' claims and Defendants' defenses, including:

- Plaintiff's resume;
- Documents concerning plaintiff's complaints relating to the claims in this action;
- Copy of plaintiff's LinkedIn or other professional networking account;
- Academic degrees and certifications held by plaintiff;
- The average number of hours worked in a workweek; and
- The amount of damages plaintiff contends to have suffered.

---

Defendants submit complete copies of the Discovery Requests and responses from the other 8 discovery plaintiffs at-issue, Defendants will provide the documents in short order.

(Ex. "A" to Temple Decl.). These are indisputably proper requests, and discovery plaintiffs Carolina Gutierrez, David Watts, Diana Meier, Katherine Potts, Lisa Messinger, Patrick Shanahan, Phyllis Padilla, Randall Bemer, and Susan Luscomb should be compelled to respond pursuant to Rules 37(a)(3)(B)(iii) and (iv) of the FRCP and D.N.M.LR-Civ. 26.6 and 37.1.

### IV.  CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court issue an Order compelling Plaintiffs to fully respond to the Discovery Requests and an award of Defendants' attorneys' fees incurred as a result of Plaintiffs' refusal to engage in good faith efforts to resolve the instant discovery dispute thereby necessitating the filing of the instant motion.

Dated: October 28, 2021

By */s/ Mark D. Temple*

Mark D. Temple
Texas State Bar No. 00794727
Federal I.D. No. 19552
Baker & Hostetler LLP
811 Main Street, Suite 1100
Houston, TX  77002
Telephone: +1 713 751 1600
Facsimile: +1 713 751 1717
mtemple@bakerlaw.com

Randy S. Bartell
Montgomery & Andrews, P.A.
P.O. Box 2307
Santa Fe, NM 87504-2307
Telephone: +1 505 986 2678
rbartell@montand.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of Defendants' Motion to Compel Responses to Defendants' Discovery Requests and all accompanying papers this 28th day of October 2021 via the Court's electronic filing system to:

>Travis M. Hedgpeth
>The Hedgpath Law Firm, PC
>3050 Post Oak Blvd., Suite 510
>Houston, Texas 77056
>281-572-0727
>travis@hedgpathlaw.com
>
>Jack L. Siegel
>Stacey Wisner Thomsen
>Siegel Law Group PLLC
>4925 Greenville Avenue
>Suite 600
>Dallas, TX 75206
>214-790-4454
>jack@siegellawgroup.biz
>stacy@siegellawgroup.biz
>
>J. Derek Braziel
>Travis Gasper
>Lee & Braziel LLP
>1801 N. Lamar Street, Suite 325
>Dallas, TX 75202
>214-749-1400
>Fax: 214-749-1010
>forester@l-b-law.com
>jdbraziel@l-b-law.com