IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MAUREEN DEAKIN,<br><br>    Plaintiff,<br>v.<br><br>MAGELLAN HEALTH, INC., et al.<br><br>    Defendants. | Civil Action No. 1:17-cv-00773-MLG-KK |

**MOTION FOR PERMISSION FOR NON-ADMITTED ATTORNEY
TO BRING ELECTRONIC DEVICES INTO THE COURTHOUSE**

Defendants Magellan Health, Inc. and Magellan HSRC, Inc. (collectively, "Defendants") hereby seek permission for Mr. Brian Parsons, Esq. and Ms. Lindsey Groff, Esq. to bring electronic devices, consisting of cellular phones, laptops, and/or tablets, into the United States District Courthouse located at 333 Lomas Blvd., Albuquerque, New Mexico 87102, for purposes of the Settlement Conference scheduled before Magistrate Judge Kirtan Khalsa, U.S.M.J. on May 13, 2025, and May 14, 2025.

Dated: May 1, 2025,

By: */s/ Christopher Michalski*
David B. Jordan
TX Bar No. 24032603
djordan@littler.com
**LITTLER MENDELSON, P.C.**
1301 McKinney, Suite 1900
Houston, TX 77010
Phone: 713-951-9400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Christopher Michalski
PA Bar No. 93236
cmichalski@littler.com
**LITTLER MENDELSON, P.C.**
One PPG Place, Suite 2400
Pittsburgh, PA 15222

Phone: 412-201-7634
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Christian A. Angotti
PA Bar No. 322881
cangotti@littler.com
**LITTLER MENDELSON, P.C.**
One PPG Place, Suite 2400
Pittsburgh, PA 15222
Phone: 412-201-7623
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a true and correct copy of the foregoing this 1st day of May 2025 via the Court's electronic filing system to all attorneys of record.

By /s/ *Christopher Michalski*
Christopher Michalski